UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-5059 DSF (FMOx) | | Date | 1/11/12 |
|---|---|---|---|---|
| Title | Bravado International Group Merchandising Services, Inc. Steve Nanino, et al. | | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order Setting Order to Show Cause Hearing


   The Court has received the response to the Order to Show Cause stating that the case has been settled. An Order to Show Cause re Dismissal is set for June 4, 2012  at 11:00 a.m. If the dismissal is filed by that date, no appearance is necessary. If the dismissal is not filed, but the parties are close to completion, they may stipulate to a continuance.




Initials of Deputy Clerk rgn for dp